

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-15-00545-CR

Ray L. **ALEXANDER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014SF00459
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Judge Melisa Skinner's motion for extension of time to conduct the hearing is
GRANTED. Time is extended to January 7, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 18th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court